United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 16-14274-RBR
Howard Yu                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0         User: banoovong         Page 1 of 1              Date Rcvd: Mar 28, 2016
                             Form ID: 309A           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2016.
```
db            +Howard Yu,    11105 NW 26th Street,    Sunrise, FL 33322-2524
smg           +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
93498185      +Afni, Inc.,    Department 555,    PO Box 4115,    Concord, CA 94524-4115
93498188      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
93498190      +City of Sunrise,    10770 W. Oakland Park Blvd.,    Sunrise, FL 33351-6899
93498191      +Jacobson, Sobo & Moselle,    POB 19359,    Plantation, FL 33318-0359
93498192      +Jose P. Font,    Vernis & Bowling of Broward, P.A.,    5821 Hollywood Blvd Fl 1,
                Hollywood, FL 33021-6308
93498193       Jose P. Font, Esq.,    Vernis & Bowling of Broward, P.A.,    5821 Hollywood Bkvd., First Floor,
                Hollywood, FL 33021
93498194      +Ngoc Nguyen,    10350 NW 31ST,    Coral Springs, FL 33065-3917
93498195      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
93498196      +SNSB Appellate Law Firm, P.L.,    P.O. Box 5023,    Pompano Beach, FL 33074-5023
93498197      +Southern Fidelity Insurance,    P.O. BOX 16029,    Tallahassee, FL 32317-6029
93498200      +Wai Yu,    11105 NW 26St,    Sunrise, FL 33322-2524
93498201      +World College,    1776 E. 17th,    Cleveland, OH 44114-3636
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dave@flalawyer.com Mar 29 2016 03:30:28      David W. Langley,
                8551 W Sunrise Blvd # 303,    Fort Lauderdale, FL  33322
tr            +EDI: QSNBROWN.COM Mar 29 2016 02:23:00      Scott N Brown,    1 SE 3 Ave #1440,
                Miami, FL 33131-1714
smg            EDI: FLDEPREV.COM Mar 29 2016 02:23:00      Florida Department of Revenue,    POB 6668,
                Tallahassee, FL  32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 29 2016 03:31:14      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
93498189      +EDI: CITICORP.COM Mar 29 2016 02:23:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
93498198       EDI: USBANKARS.COM Mar 29 2016 02:24:00      U.S. Bank,    60 Livingston Ave,
                Mailcode: EP-MN-WS3D,    Saint Paul, MN 55107
93498199      +E-mail/Text: bankruptcygroup@ugcorp.com Mar 29 2016 03:31:52
                United Guaranty Residential Ins Co.,    230 North Elm Street,    Greensboro, NC 27401-2438
                                                                                               TOTAL: 7
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Florida Department of Revenue,    POB 6668,    Tallahassee, FL  32314-6668
93498186*     +Afni, Inc.,    Department 555,    PO Box 4115,    Concord, CA 94524-4115
93498187     ##+Associates Asset Management LLC,    20101 SW Birch Street,    #120,
                Newport Beach, CA 92660-1749
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2016 at the address(es) listed below:
```
              David W. Langley    on behalf of Debtor Howard  Yu dave@flalawyer.com,
               emily@flalawyer.com;monica@flalawyer.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Scott N Brown    sbrown@bastamron.com,
               jarrechavala@bastamron.com;snbrown@ecf.epiqsystems.com;dtimpone@bastamron.com
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Howard Yu** | Social Security number or ITIN | **xxx–xx–7850** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Florida** | Date case filed for chapter **7** | **3/25/16** |
| Case number: | **16–14274–RBR** | | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Howard Yu | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 11105 NW 26th Street<br>Sunrise, FL 33322 | |
| 4. | **Debtor's Attorney** (or Pro Se Debtor)<br>Name and Address | David W. Langley<br>8551 W Sunrise Blvd # 303<br>Fort Lauderdale, FL 33322 | Contact Phone 954–356–0450 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Scott N Brown<br>1 SE 3 Ave #1440<br>Miami, FL 33131 | Contact Phone 305–379–7904 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (954) 769–5700 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **3/28/16** |

**For more information, see page 2 >**

Debtor **Howard Yu**                                                                                                  Case number **16–14274–RBR**

| 7. **Meeting of Creditors** | **April 27, 2016** at **02:00 PM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government-issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U.S. Courthouse, 299 E Broward Blvd #411, Ft Lauderdale, FL 33301** |
| 8. **Presumption of Abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br> A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that <br> the discharge should be denied under § 727(a)(8) <br> or (9). | **Filing Deadline:** 6/27/16 |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 10. **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 11. **Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| 12. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 13. **Electronic Bankruptcy Noticing** | Parties can choose to receive all notices (including attachments) served by the clerk.s office electronically instead of via U.S. Mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov | |
| 14. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline**                          page **2**